IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| In the Matter of | ) No. 3:13-cr-00024-RRB-MMS |
|---|---|
| BRETT WADE HERSHBERGER, | ) |
| On Writ of Habeas Corpus | ) WRIT OF HABEAS CORPUS AD ) PROSEQUENDUM |
| UNITED STATES OF AMERICA | ) |
| DISTRICT OF ALASKA | ) |

The President of the United States of America to:

State of Alaska Department of Corrections, United States Marshal, District of Alaska, or his duly authorized representative, or any other duly authorized law enforcement officer.

GREETINGS:

    We command that you have the body of BRETT WADE HERSHBERGER, by you imprisoned and detained as it is said, at Wildwood Correctional Complex, under safe and secure conduct, before the Judge of our District Court within and for the District of Alaska, at Anchorage, Alaska, for scheduling initial appearance, and other proceedings as the Court may desire, thereafter and as necessary in United States v. BRETT WADE HERSHBERGER, Case No. 3:13-cr-00024-RRB-MMS now pending before said court, and that you return said person to the State of Alaska Department of Corrections as soon as the case may be disposed of, under safe and secure conduct.

This is a continuing Writ on this date and such other times as the court directs.

WITNESS the Honorable Judge of the United States District Court of the District of Alaska, at the Federal Building and U.S. Courthouse in the City of Anchorage, Alaska on this 5th day of December, 2019.

JENNIFER GAMBLE,
ACTING CLERK, U.S. DISTRICT COURT

By: _____
DEPUTY CLERK

### U.S MARSHALS RETURN

I do hearby certify that I recieved this WRIT of Habeas Corpus Ad Prosequendum/Testificandum on 04/17/2020
I hearby return this Writ of Habeas Corpus unexecuted/executed, dated 04/17/2020 in Anchorage, AK.
Rob Heun, US MARSHAL
By: _____
Investigative Analyst