# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>BRETT WADE HERSHBERGER,<br>Defendant. | Case No. 3:13-CR-00024-RRB-MMS-1<br>*Proposed* **ORDER** |

After due consideration of Defendant's Motion to Clarify Sentence, the court GRANTS the motion.

IT IS ORDERED that an amended judgment shall issue clarifying the sentence in this case to run concurrent with the time imposed in the revocation matter in Alaska State case 3KN-19-01972CR.

DATED _____, 2020, in Anchorage, Alaska.

_____
Honorable Ralph R. Beistline
United States District Judge